UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF
MAY AND JUNE, 2010, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of May and June, 2010. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 09-12889 STROUP V. FISHER & PAYKEL APPLIANCES
2. 09-13215 SEIU HEALTHCARE MICHIGAN V. ST. MARY'S ACQUISITION CO.
3. 09-12088 HART V. COUNTRYWIDE HOME LOANS
4. 09-12833 COLEMAN V. FORD MOTOR CO.
5. 09-13967 ZION V. WASHINGTON MUTUAL BANK, ET.AL
6. 09-13562 HILL V. YPSILANTI HOUSING COMMISSION, ET.AL
7. 09-13297 BURT INVESTMENTS, ET.AL V. MIDDLESEX MUTUAL ASSURANCE CO.
8. 09-11380 RIVIERA DISTRIBUTORS V. RDI OF MICHIGAN, LLC
9. 09-10257 TRUSTEES OF THE ABATEMENT WORKERS FUNDS V. TRIJON CONTRACTING, ET.AL
10. 09-13353 MADISON ELECTRIC V. HANOVER INSURANCE, ET.AL
11. 09-12303 ALEXANDER V. DEL MONTE CORP., ET.AL

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 2, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**