# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 HEALTH AND WELFARE FUND; TRUSTEES OF ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 DEFINED CONTRIBUTION PENSION FUND; TRUSTEES OF THE ABATEMENT WORKERS NATIONAL VACATION FUND; TRUSTEES OF THE ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 JOINT TRAINING FUND; and the INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS and ASBESTOS WORKERS, LOCAL UNION NO. 207,<br><br>Plaintiffs,<br><br>v.<br><br>TRIJON CONTRACTING, INC., a Florida Corporation, TRIJON ENVIRONMENTAL, a Florida Corporation, and DAYLE MILTON an individual d/b/a AMERICAN INDUSTRIAL INSULATION, INC., jointly and severally<br><br>Defendants. | CASE NO.:2:09-cv-10257<br>HON. Patrick J. Duggan |

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the City
of Detroit, State of Michigan,
on:May 5, 2010.

PRESENT: HON PATRICK J. DUGGAN
U.S. District Court Judge


        IT IS HEREBY ORDERED that this matter shall be dismissed with respect to all Defendants, without prejudice and without attorney fees or costs to any party.

s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated:  May 5, 2010May 5, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on May 5, 2010May 5, 2010, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager

Approved as to form and substance:

 /s/ Edward J. Pasternak                    /s/ William E. Altman (w/ consent)
Novara, Tesija, P.L.L.C.                    Vercruysse Murray & Calzone, P.C.
Edward J. Pasternak (P58766)                Robert M. Vercruysse (P21810)
Attorney for Plaintiffs                     William E. Altman (P42788)
2000 Town Center, Suite 2370                Attorneys for Defendants
Southfield, MI  48075-1314                  31780 Telegraph Road, Suite 200
(248) 354-0380                              Bingham Farms, MI  48025
                                            (248) 540-8019

W:\FUNDS\ABAT207\LITIGATE\Trijon\s&odismiss.doc